| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAWN THOMAS, an individual; and DOMONAE SCARBROUGH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COSTCO WHOLESALE CORPORATION, a Washington corporation; THERESA, an individual; and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 2:24-cv-00986-TLN-DB <br><br> **ORDER FOR JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND TO RESCHEDULE PLAINTIFFS' DEPOSITIONS** |

## ORDER

This Court has considered the parties' Joint Stipulation to Continue the Discovery Cut-Off for the limited purpose of completing Plaintiffs' depositions and any additional discovery related to Plaintiffs' depositions.

Based on the facts set forth in the Joint Stipulation, the Court finds that good cause exists; therefore:

IT IS HEREBY ORDERED THAT

1. The Discovery Cut-Off date scheduled for February 5, 2026, be continued to March 31, 2026 for the limited purpose of rescheduling Plaintiffs' Depositions and conducting any additional discovery related to Plaintiffs' depositions;

2. The Parties shall reschedule the depositions of Plaintiffs to mutually agreeable dates in February 2026, with each deposition to be conducted on a separate day;

Dated: December 19, 2025

_____
Troy L. Nunley
Chief United States District Judge